FILED
2016 OCT 19 PM 1:33
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN NEAL BOND | CRIMINAL NO. SA16CR0742 XR<br><br>INDICTMENT<br><br>[Violation: Reckless Damage to Protected Computer During Unauthorized Access, 18 U.S.C. § 1030(a)(5)(B)] |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 1030(a)(5)(B)]

On or about the 7th day of January, 2016, within the Western District of Texas, the defendant,

BRIAN NEAL BOND,

intentionally accessed a protected computer without authorization, and as a result of such conduct, recklessly caused damage and loss to an entity, known to the Grand Jury but identified herein only as AAM, during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value, in violation of 18 U.S.C. §§ 1030(a)(5)(B) and 1030(c)(4)(A).

COUNT TWO
[18 U.S.C. § 1030(a)(5)(B)]

On or about the 12th day of January, 2016, within the Western District of Texas, the defendant,

BRIAN NEAL BOND,

intentionally accessed a protected computer without authorization, and as a result of such conduct, recklessly caused damage and loss to an entity, known to the Grand Jury but identified herein only as AAM, during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value, in violation of 18 U.S.C. §§ 1030(a)(5)(B) and 1030(c)(4)(A).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

RICHARD L. DURBIN, JR.
United States Attorney

_____
WILLIAM R. HARRIS
Assistant United States Attorney